

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAIME SOTO, | § | No. 08-12-00194-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| GENERAL FOAM & PLASTICS CORP., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2007-3334) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **May 21, 2013.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Chris M. Borunda, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **May 21, 2013.**

IT IS SO ORDERED this 24th day of April, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.